Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 230
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

_____

In Re:

Kevin & Dionne Frank,

              Debtors

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.  06-11485- NLW

### STATEMENT AS TO WHY THE FINAL REPORT CANNOT BE FILED

This is being filed in connection with the December 31, 2009 letter from Atty Shmuel Klein requesting that the final report be filed promptly so debtors can receive their discharge [Docket #78].   This is to advise the Court that we are waiting for three (3) checks to clear our bank account before a Final Report can be issued.  Once these checks have cleared, we will file a Final Report.

Dated:  January 4, 2010           /s/ Marie-Ann Greenberg
                                              Chapter 13 Standing Trustee